UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEWART MCCULLUM,

               Plaintiff,

   v.

CLYDE LAURIDSEN, et al.,

               Defendants.

CASE NO. C17-1336 MJP

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

     Defendant Clyde Lauridsen's application to proceed in forma pauperis (Dkt. 2) is

**GRANTED**.  Defendant may proceed without prepayment of costs or fees or the necessity of

giving security therefore.

     The Clerk is directed to send a copy of this Order to Defendant.

     DATED this  11th  day of September, 2017.

                               _____
                               BRIAN A. TSUCHIDA
                               United States Magistrate Judge