The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEWART MCCULLUM,<br><br>Plaintiff,<br><br>vs.<br><br>CLYDE LAURIDSEN, SHIRLEY LAURIDSEN, and ALL OTHER OCCUPANTS,<br><br>Defendant(s). | Case No. 2:17-cv-01336-MJP<br><br>ORDER REMANDING CASE TO SKAGIT COUNTY SUPERIOR COURT<br><br>ORDER GRANTING ATTORNEYS FEES AND COSTS<br><br>NOTED ON MOTION CALENDAR:<br>October 6, 2017 |

This matter having come before the Court upon the filing of Plaintiff Stewart McCullum's Motion to Remand to State Superior Court and For Sanctions ("the Motion"); all parties having been given notice and an opportunity to respond; the Court having reviewed all pleadings filed by all parties relating to the Motion; and the Court having reviewed the records and files herein; the Court finding that the Court lacks subject matter jurisdiction, federal question jurisdiction, and diversity jurisdiction over the claims in this action, and that Defendants Clyde Lauridsen, Shirley Lauridsen, and All Other Occupants had no objectively reasonable basis for attempting removal of this case, now therefore, it is hereby:

ORDERED, ADJUDGED, AND DECREED as follows:

ORDER OF REMAND
TO SKAGIT COUNTY SUPERIOR COURT
(No. 2:17-cv-01336-MJP) - 1

DIMENSION LAW GROUP, PLLC
130 Andover Park East, Suite 300
Tukwila, WA 98188
Tel:206-973-3500 Fax: 206-577-5090

Plaintiff Stewart McCullum's Motion to Remand to Skagit County Superior Court is GRANTED;

Plaintiff Stewart McCullum is awarded costs and expenses, including attorney's fees, against Defendant Clyde Lauridsen pursuant to 28 U.S.C. §1447(c) in the amount of $1,197.28; the Clerk of the Court shall enter judgment on this award; and this matter shall be remanded to Skagit County Superior Court.

This Order of Remand shall be effective immediately and the 14 day delay in Local Rules W.D. Wash. LCR 3(i) does not apply.

The Clerk of the Court is directed to forward copies of the Order to counsel of record and to any party appearing *pro se*.

IT IS SO ORDERED.

DONE IN OPEN COURT THIS ___17___ day of ___October___, 2017.

_____
The Honorable Marsha J. Pechman

Presented by:

DIMENSION LAW GROUP, PLLC
*/s/ Danielle Flatt*
Danielle Flatt, WSBA #46559
*Attorneys for Plaintiff Stewart McCullum*
130 Andover Park East, Suite 300, Tukwila, WA 98188
Telephone: 206-973-3500
danielle@dimensionlaw.com

ORDER OF REMAND
TO SKAGIT COUNTY SUPERIOR COURT
(No. 2:17-cv-01336-MJP) - 2

DIMENSION LAW GROUP, PLLC
130 Andover Park East, Suite 300
Tukwila, WA 98188
Tel:206-973-3500 Fax: 206-577-5090